IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRIS BINGHAM,<br><br>        Plaintiff,<br><br>vs.<br><br>BRITTANY MARKER and LARRY SOHLER, in their individual capacities,<br><br>        Defendants. | 8:21-CV-288<br><br>ORDER TO SHOW CAUSE |

    The Court has received the report of the guardian ad litem reporting that the named plaintiff is an incapacitated person whose parents are his appointed co-guardians. Filing 20. Accordingly, it appears to the Court that pursuant to Fed. R. Civ. P. 17(c)(1) and Fed. R. Civ. P. 25(b), the plaintiff's guardians should be substituted as the real parties in interest.

    IT IS ORDERED:

1. On or before March 11, 2022, any party objecting shall show cause, by appropriate filing, why the plaintiff's co-guardians should not be substituted as plaintiffs.

2. Absent an objection, the Court shall order substitution without further notice.

3. The Clerk of the Court shall set a show cause deadline for March 11, 2022.

Dated this 1st day of March, 2022.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge