IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REBECCA REAM and JUSTIN REAM, as co-guardians for CHRIS BINGHAM, an incapacitated person,<br><br>           Plaintiffs,<br><br>vs.<br><br>BRITTANY MARKER and LARRY SOHLER, in their individual capacities,<br><br>           Defendants. | 8:21-CV-288<br><br>ORDER |

IT IS ORDERED:

1. Rebecca Ream and Justin Ream, as co-guardians for Chris Bingham, are substituted as the plaintiffs in this case.

2. The Clerk of the Court shall modify the docket to reflect this substitution of the plaintiff, using the contact information found in the guardian ad litem's report (filing 20 at 3).

3. The Clerk of the Court shall provide the substituted plaintiffs with copies of this order, as well as the following filings: filing 1, filing 4, filing 6, and filing 8.

4. The defendants shall answer or otherwise respond to the plaintiffs' complaint on or before April 4, 2022.

5. The guardian ad litem's duties are complete and he is discharged with the thanks of the Court.

Dated this 14th day of March, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge