IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REBECCA REAM and JUSTIN REAM, as co-guardians for Chris Bingham, | |
| Plaintiffs, | 8:21-CV-288 |
| vs. | ORDER |
| BRITTANY MARKER, RN, in her individual capacity, and LARRY SOHLER, RN, in his individual capacity, | |
| Defendants. | |

IT IS ORDERED:

1. The guardian ad litem's motion for reimbursement from the Federal Practice Fund (filing 23) is granted.

2. The Clerk of the Court shall pay the guardian ad litem the $711.00 prescribed by the Federal Practice Fund Plan.

Dated this 22nd day of March, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge